# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| MARIO CASCIARO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-50094 |
| ) | |
| KEITH VON ALLMEN, in his ) | Honorable Philip G. Reinhard |
| individual capacity; KENNETH ) | |
| RYDBERG, in his individual capacity; ) | Magistrate Judge Iain Johnston |
| UNKNOWN CITY OF JOHNSBURG ) | |
| POLICE OFFICERS, in their individual ) | |
| Capacities; WILLIAM J. BROGAN, in ) | |
| his individual capacity; THE ESTATE ) | |
| OF WILLIAM GRUENES; THE CITY ) | |
| OF JOHNSBURG; and THE CITY OF ) | |
| McHENRY, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

To:   See attached Service List

Under penalty of perjury, I, Kathleen Zellner, an attorney, certify that on August 21, 2018, I served this Notice and Plaintiff's Initial Rule 26(a)(1) Disclosures on all counsel of record for all parties via electronic mail.

BY:  /s/ Kathleen T. Zellner
        Attorney for Plaintiff

**KATHLEEN T. ZELLNER & ASSOCIATES, P.C.**
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
attorneys@zellnerlawoffices.com
Phone: 630-955-1212
Fax: 630-955-1111

# SERVICE LIST

*Attorneys for William J. Brogan and the City of McHenry*

Michael E. Kujawa
Deborah A. Ostvig
Erika G. Baldonado
Jonathon R. Sommerfeld
Schain, Banks, Kenny & Schwartz, Ltd./
70 W. Madison Street, Suite 5300
Chicago, Illinois 60602

mkujawa@schainbanks.com
dostvig@schainbanks.com
ebaldonado@schainbanks.com
jsommerfeld@schainbanks.com

*Attorney for City of Johnsburg and Keith Von Allmen*

Dominick L. Lanzito
Peterson, Johnson & Murray-Chicago LLC
200 West Adams, Suite 2125
Chicago, IL 60606

dlanzito@pjmchicago.com