IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Mario Casciaro | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:17 CV 50094 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Keith Von Allmen, et al. | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

     During the status hearing held 2/27/2020, plaintiff's counsel confirmed that the plaintiff is not proceeding with his state law claims against defendant Rydberg and all claims against the unknown officers, and therefore had no objection to the defendants' motion to dismiss those claims. Accordingly, it is this Court's Report and Recommendation that the defendants' motion to dismiss [161] be granted and those claims be dismissed from the Third Amended Complaint. Any objection to this Report and Recommendation is due by 3/13/2020. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 2/28/2020                                               /s/ Iain D. Johnston
                                                                                             U.S. Magistrate Judge