# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Mario Casciaro, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17 C 50094 |
| v. ) | |
| ) | Judge Philip G. Reinhard |
| Keith Von Allmen et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

     This matter comes before the court on the Order, Report and Recommendations ("R & R") [163] of Magistrate Judge Johnston recommending that defendants' motion to dismiss state law claims against defendant Rydberg and all claims against the unknown officers be granted. The court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. *See* FED. R. CIV. P. 72(b)(3). The court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). In this case, the court has received no objections to the R & R (*see* [163], showing that objections were due by March 13, 2020). The court has reviewed the record in this case and finds that the February 28, 2020, R & R is not clearly erroneous. Accordingly, the court adopts in its entirety Judge Johnston's R & R. State law claims against defendant Rydberg and all claims against the unknown officers are dismissed.

Date: 3/16/2020                    ENTER:

                                                  */s/ Philip G. Reinhard*
                                                United States District Court Judge

                                                              Electronic Notices. (LC)