*IN THE*

*7th Circuit Court of Appeals*

## IN THE UNITED STATES DISTRICT COURT

FOR THE _NORTHERN_ DISTRICT OF ILLINOIS

*WESTERN DIVISION*

| | |
|---|---|
| MARIO CASCIARO ET AL, *By intervention Scott Peters* Plaintiff , | ) ) ) ) |
| -vs- | ) Case no. *17 C 50094* ) |
| Keith von Allmen ET AL, Defendants , | ) ) *Honorable Judge* ) *Phillip Reinhard* |

### NOTICE OF APPEAL

Notice is hereby given that _Intervention By Scott Peters_ ,

_____, in the above named case, hereby appeals to the United States

Court of Appeals for the _Seventh_ Circuit from _U.S. District_

_Court Northern District, Western Division_

_By intervention Scott Peters F.R.C.P. 24, motion Go B,_

_____

entered in this action on the _3rd_ day of _October_ , 20_22_.

Respectfully submitted,

_____ , Pro-se.

_P.O. Box 1000  M52857_

_Menard, Illinois 62259_

_____

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1621, 28 U.S.C. § 1746 or 735 ILCS 5/1-109, I
declare under the penalty of perjury, that I am a named party in the above
action, that I have read the above document(s), and that the information
contained therein is true and correct to the best of my knowledge.

DATE: _3 October 2022_            /s/ _____

IN THE

UNITED STATES Court of APPEALS

SEVENTH CIRCUIT

U.S.C.A. — 7th Circuit
R E C E I V E D

OCT 18 2022  1

MARIO CASCIARO ET.AL.
By Intervention Scott PETTES

Plaintiff,

VS.

Keith van RUMAN ET.AL.

Defendant

* E-file

Case No.: 17 C 50094

Honorable Judge

Phillip Reim Hard

Notice of Motion

**NOTICE OF FILING/PROOF OF SERVICE**
certificate of service / verification

TO: Clerk of the Appellate court
7th seventh circuit
219 S. Dearborn St Suite 2722
Chicago, Illinois 60604

TO: Kathleen Zellner
1901 Butterworth RD
Suite 650
Downers Grove, IL 60515

TO:

TO: Notification By Electronic Notice
All Registered Party
under E-File, E system

PLEASE TAKE NOTICE that on __3 October__ 20 __22__ , I have placed the documents listed below in the institutional mail at __MSU Menard__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service. Notice of Motion, notice of filing, Proof/certificate of service, verification Declaration, Affidavits exhibits, Motion for certificate of appealability From The 7th circuit, Appeal, Motion in forma pauperis, Docketing statement, Appointment of Attorney.

**DECLARATION UNDER PENALTY OF PERJURY**
Verification

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters there in stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 3 october 2022

/s/ _____
NAME: Scott PETTES Peck M32287
IDOC#: Medium security unit
__Menard__ Correctional Center
P.O. Box _1000_
__Menard__, IL _62259_